**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jeff Whistler, | NO. C 06-02538 JW |
| Plaintiff, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| County of Santa Clara, et al., | |
| Defendants. | |

The Court conducted a case management conference on January 8, 2007. In light of the discussion with the parties' counsel, the Court orders the following:

1. Defendants are to disclosure, by no later than January 22, 2007, the names of all medical personnel (doctors, nurses, etc.) who attended to Plaintiff during his period of incarceration.

2. If a name appearing in any of Plaintiff's medical records is illegible, Plaintiff shall identify to Defendants the bates number of the document with the illegible name so that Defendants can determine, and reveal to Plaintiff, the actual name.

3. A further case management conference is set for **April 2, 2007 at 10:00 a.m.** to discuss the parties' efforts with mediation. Pursuant to the Civil Local Rules of the Court, the parties shall file a joint case management statement no later than ten (10) days before the date of the conference.

Dated: January 10, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Anthony Boskovich policemisconduct@compuserve.com
Gregory J. Sebastinelli gregory.sebastinelli@cco.co.scl.ca.us

**Dated:  January 10, 2007**                                   **Richard W. Wieking, Clerk**

                                                               **By:  /s/ JW Chambers**
                                                                     **Elizabeth Garcia**
                                                                     **Courtroom Deputy**