ANN MILLER RAVEL, County Counsel (S.B. #62139)
GREGORY J. SEBASTINELLI, Lead Deputy County Counsel (S.B. #104884)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, EDWARD
FLORES, ROBERT SILLEN, MARIA
JUAREZ-REYES, M.D. and LANCE
SCIMECA

**FILED**

JAN 3 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFF WHISTLER,

    Plaintiff,

v.

COUNTY OF SANTA CLARA et al.,

    Defendants.

No. C06-02538 JW

[~~PROPOSED~~] ORDER EXCUSING INDIVIDUAL DEFENDANTS' ATTENDANCE AT MEDIATION

After consideration of Defendants' request to excuse DOC Chief Edward Flores, Robert Sillen, Maria Juarez-Reyes, M.D., and DOC Sergeant Lance Scimeca, from attendance at the March 1, 2007 mediation, the Court finds that good cause appears and therefor,

**IT IS HEREBY ORDERED** that Defendants' request to excuse DOC Chief Edward Flores, Robert Sillen, Maria Juarez-Reyes, M.D., and DOC Sergeant Lance Scimeca, from attendance at the March 1, 2007 mediation is granted.

Dated: 1/31/07

WAYNE D. BRAZIL
ADR Magistrate Judge

66233.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Order Excusing Individual Defendants'
Attendance at Mediation

C06-02538 JW