**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jeffrey Whistler, | NO. C 06-02538 JW |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| County of Santa Clara, et al., | |
| Defendants. | |

Pursuant to the parties' Joint Case Management Statement, the Court continues the case management conference scheduled for April 2, 2007 to **May 14, 2007 at 10 AM**. The parties shall file an updated case management statement in accordance with the Local Rules.

Dated: March 28, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Anthony Boskovich policemisconduct@compuserve.com
Gregory J. Sebastinelli gregory.sebastinelli@cco.co.scl.ca.us

**Dated: March 28, 2007**                     **Richard W. Wieking, Clerk**

                                            **By:  /s/ JW Chambers**
                                                  **Elizabeth Garcia**
                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California