IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jeffrey Whistler, | NO. C 06-02538 JW |
|       Plaintiff, <br> v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| County of Santa Clara, et al., | |
|       Defendant. | |

This case was scheduled for a case management conference on May 14, 2007. Based on the parties' joint case management statement, the Court continues the case management conference to **Monday, August 6, 2007 at 10 AM**. The parties shall submit an updated joint case management statement ten days prior to the conference.

Dated: May 9, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Anthony Boskovich policemisconduct@compuserve.com
Gregory J. Sebastinelli gregory.sebastinelli@cco.co.scl.ca.us

**Dated: May 9, 2007**                                   **Richard W. Wieking, Clerk**

                                                       **By:   /s/ JW Chambers**
                                                            **Elizabeth Garcia**
                                                            **Courtroom Deputy**

**United States District Court**
For the Northern District of California