IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jeffrey Whistler, | NO. C 06-02538 JW |
| Plaintiff,<br>v. | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| County of Santa Clara, et al., | |
| Defendants. | |

On August 2, 2007, the parties informed the Court that the above-entitled matter has reached a settlement. (See Joint Case Management Statement, Docket Item No. 32.) In light of the settlement, the Court vacates all trial and pretrial dates. On or before **October 15, 2007**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **October 22, 2007, at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **October 15, 2007**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated:  August 3, 2007

　　　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Anthony Boskovich policemisconduct@compuserve.com
Gregory J. Sebastinelli gregory.sebastinelli@cco.co.scl.ca.us

3

4  **Dated: August 3, 2007**                               **Richard W. Wieking, Clerk**

5                                                            **By:  /s/ JW Chambers**
                                                                 **Elizabeth Garcia**
6                                                                 **Courtroom Deputy**