

IT IS SO ORDERED

*Judge James Ware*

1  Anthony Boskovich, No. 121198
   policemisconduct@compuserve.com
2  Law Offices of Anthony Boskovich
   28 N. First Street, 6th Floor
3  San Jose, California 95113-1210

4  408-286-5150

5  Attorney for plaintiff JEFF WHISTLER

6

7

8         **IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN JOSE DIVISION**

11

12  JEFF WHISTLER,                              )    No. C 06-02538 JW
                              *Plaintiff,*      )
13  v.                                          )    JOINT RESPONSE TO ORDER
                                                )    TO SHOW CAUSE ;
14  COUNTY OF SANTA CLARA; EDWARD               )
    FLORES, individually and in his capacity as )    **ORDER GRANTING CONTINUANCE**
15  Chief of the Santa Clara County Department of )  **OF ORDER TO SHOW CAUSE**
    Correction; ROBERT SILLEN, individually and )   **HEARING**
16  in his capacity as Executive Director of the Santa )
    Clara Valley Health and Hospital System; JOHN )
17  DOE 1, individually and in his or her capacity as )
    Medical Director of the Santa Clara Valley Health )
18  and Hospital System, whose true name is unknown )
    to plaintiff at this time; JOHN DOE 2, individually )
19  and in his or her capacity as Medical Director of )
    Santa Clara Valley Custody Health System, )
20  whose true name is unknown to plaintiff at this )
    time; NURSES NANCY DOE and RACHEL )
21  ROE,  individually and in their capacities as )
    nurses in the Santa Clara County jail system, the )
22  identities and exact numbers of whom are )
    unknown to plaintiff at this time; MARIA )
23  JUAREZ-REYES, M.D., PH.D.; DOCTORS )
    MICHAEL MOE and LINDA LOE, individually )
24  and in their capacities as physicians performing )
    services for Santa Clara jail inmates, the identities )
25  and exact numbers of whom are unknown to )
    plaintiff at this time; SERGEANT SCIMECA, )
26  BADGE NO. 1601, individually and in his )
    capacity as a corrections sergeant for the Santa )
27  Clara County Department of Corrections; CARL )

28  Joint Response to Order to Show Cause                              Page 1

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150

1 │ COE and PAULA POE, individually and in their )
capacities as corrections officers for the Santa Clara )
2 │ County Department of Corrections, the identities )
and exact numbers of whom are unknown to )
3 │ plaintiff at this time; DOES 3 to 100, )
*Defendants.* )

4 │ _____ )

5

6       This matter resolved in March 2007 contingent upon release of a lien for medical services

7 by Medi-Cal in the amount of $55,000. Counsel diligently attempted to compromise the lien, and

8 ultimately Medi-Cal wanted proof that the settlement was not based upon injuries for which Medi-

9 Cal provided services. A letter from Dr. Chyorny was prepared and submitted to Medi-Cal, which

10 stated that this was insufficient. A letter from defense counsel was then submitted describing the

11 basis for the settlement. On 10 October 2007 at 3:00 P.M. counsel for plaintiff received verbal

12 notification from Medi-Cal that the lien would be released based upon the documentation provided.

13 There is now no obstacle to resolution, but, in an abundance of caution, counsel request that the

14 Order to Show Cause be set aside and that 45 days be granted in which to receive written

15 confirmation from Medi-Cal, tender the settlement funds, and file a dismissal.

16

17 Dated: 10 October 2007

18

19

20       _____
               Anthony Boskovich
21                Attorney for plaintiff

22

23

24       _____
25               Gregory Sebastinelli
             Attorney for defendants

26

27

28 Joint Response to Order to Show Cause                      Page 2

*Law Offices of Anthony Boskovich 28 North First Street, 6ᵗʰ Floor, San Jose, CA 95113 (408) 286-5150*

SENT BY: COUNTYCOUNSEL;    2927240  ;   OCT-11-07 12:09PM;    PAGE 2/2
Case 5:06-cv-02538-JW    Document 35    Filed 10/18/07    Page 3 of 3
10/18/2007   16:37    4082865170     LAW OFFICES     PAGE   03

1  COE and PAULA POE, individually and in their )
   capacities as corrections officers for the Santa Clara )
2  County Department of Corrections, the identities )
   and exact numbers of whom are unknown to )
3  plaintiff at this time; DOES 3 to 100, )
                      *Defendants.* )

6      This matter resolved in March 2007 contingent upon release of a lien for medical services

7  by Medi-Cal in the amount of $55,000. Counsel diligently attempted to compromise the lien, and

8  ultimately Medi-Cal wanted proof that the settlement was not based upon injuries for which Medi-

9  Cal provided services. A letter from Dr. Chyorny was prepared and submitted to Medi-Cal, which

10 stated that this was insufficient. A letter from defense counsel was then submitted describing the

11 basis for the settlement. On 10 October 2007 at 3:00 P.M. counsel for plaintiff received verbal

12 notification from Medi-Cal that the lien would be released based upon the documentation provided.

13 There is now no obstacle to resolution, but, in an abundance of caution, counsel request that the

14 Order to Show Cause be set aside and that 45 days be granted in which to receive written

15 confirmation from Medi-Cal, tender the settlement funds, and file a dismissal.

17 Dated: 10 October 2007

20                           Anthony Boskovich
21                           Attorney for plaintiff

24                           Gregory Sebastinelli
25                           Attorney for defendants

**ORDER**

26      Based on the Joint Response above, the Court finds good cause to continue the Order to

27 Show Cause Re: Settlement hearing currently scheduled for October 22, 2007 to **December 10,**

**2007 at 9 AM**. This is the parties' final continuance.

28

Dated: October 18, 2007

JAMES WARE
United States District Judge

*Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150*