Anthony Boskovich, No. 121198
policemisconduct@compuserve.com
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210

408-286-5150

Attorney for plaintiff JEFF WHISTLER



IT IS SO ORDERED
Judge James Ware

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

JEFF WHISTLER,
          Plaintiff,
v.

COUNTY OF SANTA CLARA; EDWARD FLORES, individually and in his capacity as Chief of the Santa Clara County Department of Correction; ROBERT SILLEN, individually and in his capacity as Executive Director of the Santa Clara Valley Health and Hospital System; JOHN DOE 1, individually and in his or her capacity as Medical Director of the Santa Clara Valley Health and Hospital System, whose true name is unknown to plaintiff at this time; JOHN DOE 2, individually and in his or her capacity as Medical Director of Santa Clara Valley Custody Health System, whose true name is unknown to plaintiff at this time; NURSES NANCY DOE and RACHEL ROE, individually and in their capacities as nurses in the Santa Clara County jail system, the identities and exact numbers of whom are unknown to plaintiff at this time; MARIA JUAREZ-REYES, M.D., PH.D.; DOCTORS MICHAEL MOE and LINDA LOE, individually and in their capacities as physicians performing services for Santa Clara jail inmates, the identities and exact numbers of whom are unknown to plaintiff at this time; SERGEANT SCIMECA, BADGE NO. 1601, individually and in his capacity as a corrections sergeant for the Santa

No. C 06-02538 JW

STIPULATION FOR DISMISSAL OF DEFENDANTS SCIMECA and COUNTY OF SANTA CLARA; [PROPOSED] ORDER

Stipulation for Dismissal of Scimeca and County; [Proposed] Order
Case No. C06-02538 JW

| | |
|---|---|
| 1 | Clara County Department of Corrections; CARL ) |
| | COE and PAULA POE, individually and in their ) |
| 2 | capacities as corrections officers for the Santa Clara ) |
| | County Department of Corrections, the identities ) |
| 3 | and exact numbers of whom are unknown to ) |
| | plaintiff at this time; DOES 3 to 100, ) |
| 4 |                                    *Defendants.* ) |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that defendants SEGEANT SCIMECA and COUNTY OF SANTA CLARA be and hereby are dismissed with prejudice pursuant to Federal Rules of Civil Procedure, rule 41(a)(1). Each side shall bear its own attorney's fee and costs.

Dated: 11 November 2007

_____
Anthony Boskovich
Attorney for plaintiff

Dated: *November 14, 2007*

_____
Gregory Sebastinelli
Attorney for Defendants

Stipulation for Dismissal of Scimeca and County; [Proposed] Order
Case No. C06-02538 JW

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150

**ORDER**

Pursuant to the stipulation of the parties, defendants SERGEANT SCIMECA and COUNTY OF SANTA CLARA are dismissed with prejudice. Each side shall bear its own attorney's fee and costs.

The Clerk shall close this file.

Dated: November 27, 2007

_____
James Ware
United States District Court Judge